1  TODD F. STEVENS (SBN 137842)
   tstevens@keenlaw.com
2  MARY M. BEST (SBN 110220)
   mbest@keenlaw.com
3  **KEENEY WAITE & STEVENS**
   A Professional Corporation
4  402 West Broadway, Suite 1820
   San Diego, CA  92101
5  Telephone:   (619) 238-1661
   Facsimile:    (619) 231-1897
6
   Attorneys for Defendant MIDLAND CREDIT MANAGEMENT, INC.
7

8                        UNITED STATE DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10 | ROBIN SCHMIDT, an individual, | Case No. **'12CV2744 JLS  DHB**
11 |         Plaintiff,            |
   |                               | **NOTICE OF REMOVAL OF ACTION**
12 | v.                            | **UNDER 28 U.S.C. §1441(a)**
   |                               | **(FEDERAL QUESTION)**
13 | MIDLAND CREDIT MANAGEMENT,    |
   | INC.,                         |
14 |                               |
   |         Defendant.            |
15

16        TO:  THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

17  SOUTHERN DISTRICT OF CALIFORNIA:

18        PLEASE TAKE NOTICE that pursuant to 28. U.S.C. §1441(a), Defendant Midland Credit

19  Management, Inc. ("Defendant") hereby removes to the United States District Court for the Southern

20  District of California the State Court action described below.  This removal is based on the following

21  grounds:

22        1.    On October 4, 2012, Plaintiff Robin Schmidt ("Plaintiff") commenced an action

23  against Defendant in the Superior Court of the State of California, County of San Diego, Central

24  Division, entitled *Robin Schmidt v. Midland Credit Management, Inc.* Case No. 37-2012-00083109-

25  CL-NP-CTL (the "Complaint").  A true and correct copy of the Complaint is attached as Exhibit A.

26        2.    On October 15, 2012, Defendant received a copy of the Complaint in that action via

27  service on CT Corporation System by process server.  A true and correct copy of the Notice of

28

Service of Process is attached hereto as Exhibit B. Therefore, this Notice of Removal is timely under 28 U.S.C. §1446(b).

## JURISDICTION

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331 and which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(a) in that the Complaint asserts federal claims against Midland allegedly arising under 15 U.S.C. §§1692, *et seq.* (the Fair Debt Collection Practices Act).

4. As the Complaint was filed in the Superior Court of the State of California, County of San Diego, Central Division, venue in the Southern District is proper. There are no other defendants named in this action.

5. Defendant is represented in this action by the undersigned.

Dated: November 13, 2012

**KEENEY WAITE & STEVENS**
A Professional Corporation

By: /s/ Todd F. Stevens
_____
Todd F. Stevens
Attorneys for Defendant
MIDLAND CREDIT MANAGEMENT, INC.