Todd M. Friedman, Esq.- State Bar #216752
Nicholas J. Bontrager, Esq.-State Bar #252114
Law Offices of Todd M Friedman, P.C.
369 South Doheny Drive, #415
Beverly Hills, CA 90211
T: (877) 206-4741
F: (866) 633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
Attorneys for Plaintiff, ROBIN SCHMIDT

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN SCHMIDT, | Case No.: 3:12-CV-02744-JLS (DHB) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| MIDLAND CREDIT MANAGEMENT, INC., | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorneys to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Joint Motion for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 7th day of January, 2013.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

**NOTICE OF SETTLEMENT**

1  Filed electronically on this 7th day of January, 2013, with:

2  United States District Court CM/ECF system

3  Notification sent electronically via the Court's ECF system to:

4

5  Honorable David H. Bartick
United States District Court
6  Southern District of California

7  TODD F. STEVENS (SBN 137842)
tstevens@keenlaw.com
8  MARY M. BEST (SBN 110220)
mbest@keenlaw.com
9  **KEENEY WAITE & STEVENS**
**Attorneys for Defendant**
10

11

12
This 7th day of January, 2013.
13

14  s/Todd M. Friedman
Todd M. Friedman

15

16

17

18

19

20

21

22

23

24

25

**NOTICE OF SETTLEMENT**