Todd M. Friedman, Esq.- State Bar #216752
Nicholas J. Bontrager, Esq.-State Bar #252114
Law Offices of Todd M Friedman, P.C.
369 South Doheny Drive, #415
Beverly Hills, CA 90211
T: (877) 206-4741
F: (866) 633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
Attorneys for Plaintiff, ROBIN SCHMIDT

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN SCHMIDT, | Case No.: 3:12-CV-02744-JLS (DHB) |
| Plaintiff, | **JOINT MOTION TO DISMISS WITH PREJUDICE** |
| vs. | |
| MIDLAND CREDIT MANAGEMENT, INC., | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and expenses. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 4th day of March, 2013

By: s/Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

By: s/Todd Stevens
KEENEY WAITE AND STEVENS
Attorney for Defendant

Joint Motion to Dismiss- 1

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Todd Stevens, counsel for Defendant, and that I have obtained Mr. Stevens' authorization to affix his electronic signature to this document.

By: s/Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 4th day of March, 2013, with:

United States District Court CM/ECF system

Notification of filing sent via court's system to:

Honorable David H. Bartick
United States District Court
Southern District of California

TODD F. STEVENS (SBN 137842)
tstevens@keenlaw.com
MARY M. BEST (SBN 110220)
mbest@keenlaw.com
**KEENEY WAITE & STEVENS**
**Attorneys for Defendant**

s/Todd Friedman
  Todd Friedman