# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ROBIN SCHMIDT,<br><br>       Plaintiff,<br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC,<br><br>       Defendant. | CASE NO. 12-CV-2744 JLS (DHB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>(ECF No. 7) |
|---|---|

Presently before the Court is the parties' Joint Motion to Dismiss with Prejudice. (ECF No. 7.)  Good cause appearing, the Court **GRANTS** the parties' motion.  As stipulated by the parties, the matter is **DISMISSED WITH PREJUDICE** pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own costs and expenses.

**IT IS SO ORDERED**.

DATED: March 6, 2013

Honorable Janis L. Sammartino
United States District Judge